1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   PHILLIP ROSENBLUM,               )   NO. ED CV 11-793-JVS(E)
                                      )
12                 Petitioner,        )
                                      )
13        v.                          )   ORDER OF DISMISSAL
                                      )
14   KELLY HARRINGTON,                )
                                      )
15                 Respondent.        )
                                      )
16   _____ )

17

18        On May 20, 2011, Petitioner filed a "Petition for Writ of Habeas

19   Corpus By a Person in State Custody."  The Petition challenges the

20   criminal judgment in San Bernardino Superior Court case number FCH-

21   05652 (Petition at 2).  Petitioner previously challenged this same

22   judgment in a prior habeas corpus petition filed in this Court.  See

23   Rosenblum v. Yates, CV 08-261-JVS(E).  On January 13, 2009, this Court

24   entered Judgment in Rosenblum v. Yates, CV 08-261-JVS(E), denying and

25   dismissing the prior petition on the merits with prejudice.

26

27        The Court must dismiss the present Petition in accordance with

28   28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and

1  Effective Death Penalty Act of 1996"). Section 2244(b) requires that

2  a petitioner seeking to file a "second or successive" habeas petition

3  first obtain authorization from the court of appeals. See Burton v.

4  Stewart, 549 U.S. 147, 157 (2007) (where petitioner did not receive

5  authorization from Court of Appeal before filing second or successive

6  petition, "the District Court was without jurisdiction to entertain

7  [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.

8  2000) ("the prior-appellate-review mechanism set forth in § 2244(b)

9  requires the permission of the court of appeals before 'a second or

10 successive habeas application under § 2254' may be commenced"). A

11 petition need not be repetitive to be "second or successive," within

12 the meaning of 28 U.S.C. section 2244(b). See, e.g., Thompson v.

13 Calderon, 151 F.3d 918, 920-21 (9th Cir.), cert. denied, 524 U.S. 965

14 (1998); Calbert v. Marshall, 2008 WL 649798, at *2-4 (C.D. Cal. Mar.

15 6, 2008). Petitioner evidently has not yet obtained authorization

16 from the Ninth Circuit Court of Appeals. Consequently, this Court

17 cannot entertain the present Petition. See Burton v. Stewart, 549

18 U.S. at 157.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    For all of the foregoing reasons, the Petition is denied and

2  dismissed without prejudice.[1]

3

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6      DATED: May 24, 2011

7

8

9    _____
                              JAMES V. SELNA
10                         UNITED STATES DISTRICT JUDGE

11

12

13

14  PRESENTED this 23rd day of

15  May, 2011, by:

16

17  _____/S/_____
          CHARLES F. EICK
18  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27
_____

28    [1]    In light of this disposition, Petitioner's "Request for
Order for Photocopying, etc.," filed May 20, 2011, is denied.