**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PHILLIP ROSENBLUM, | ) | NO. ED CV 11-793-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KELLY HARRINGTON, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 24, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE